

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 13, 2015

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  <u>**United States v. Alex Yucel**</u>, S1 13 Cr. 834 (PKC)

Dear Judge Castel:

    The Government respectfully submits this letter on behalf of both parties to request that a date be set for a change of plea proceeding in the above-referenced matter.  We understand from one of Your Honor's law clerks that 12:00 noon on Wednesday, February 18, 2014, may be convenient for the Court.  Accordingly, we request that the change of plea proceeding be scheduled for that time.

        Respectfully submitted,

        PREET BHARARA
        United States Attorney


    By:    /Sarah Y. Lai/
        Sarah Y. Lai / Daniel S. Noble
        Assistant United States Attorneys
        (212) 637-1944 / 2239

cc: Mr. Bradley Henry, Esq.
    (By email)