# T̲H̲E̲ ̲B̲L̲A̲N̲C̲H̲ ̲L̲A̲W̲ ̲F̲I̲R̲M̲ A Professional Corp.

261 Madison Avenue, 12th Floor ● New York, New York 10016 ● Tel. 212.736.3900 ● Fax 212.736.3910

May 11, 2015

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>United States v. Alex Yucel</u>, 1:13-CR-00834

Judge Castel,

    I write to request an adjournment of the sentencing hearing currently scheduled for May 22, 2015.

    Last week I lost a member of my immediate family. I have taken a short leave of absence for bereavement. As a result, I have not been able to complete the sentencing memorandum. Thus, I am requesting an adjournment until late June to complete my leave and to allow me sufficient time to prepare for sentencing in this case.

    I have spoken to Assistant United States Attorney Daniel Noble. He has no objection to the requested adjournment.

    Thus, I request that the sentencing be rescheduled to a date in late June. Thank you for your consideration.

                                               Sincerely,

                                             s/Bradley L. Henry
                                             Bradley L. Henry
                                             The Blanch Law Firm, PC
                                             261 Madison Avenue
                                             12th Floor
                                             New York, NY 10016
                                             (212) 736-3900

bhenry@blanchpc.com

Cc:     Daniel Noble, AUSA