Your Honor,

My name is André Yucel and i am Alex's brother, 2 years younger.
It has almost passed 2 years since i saw my brother and it is very painful. I have a very good relation to Alex, he has always been, and always will be the person who stands closest to me. If possible, i would without any hesitations what so ever change place with Alex because i know what he is going through. Why i am saying this is because Alex has the most beautiful heart in the world, he has done so much for me and many others, he would walk through a huge amount of pain for me, he would let himself be embarrased infront of millions of people just to protect me.

When i was at the age of  12 i had just learned how to swim, or thats what i thought i had.. i thought i knew how to swim, so i went out on deep water on my own, the depth was about 3-4 meters which is very much for me who doesnt know how to swim. The water was also dirty, it was very difficult so see all the way down, and there i was swimming like a fool, without letting my parents know. It started out very good for me but then someting happened, i got a panic attack because i realized that i could not beat the waves, i got down under the water and i started to feel that it was all over and that nobody would ever find me, but then, somehow somebody dragged up from there, i felt a great relief, somebody had saved my life. The person who saved my life was Alex, he had jumped into the water and he dragged me up from there even though he could not swim, he had risked his own life just to save my life.

Later i asked Alex how he saw me there and how come he came in the right moment just before it was too late, and why he had risked his own life in order to save my life.

-Well, i always knew what you were doing, i did not let my eyes off you so i had it all under control, he answered me.

-Why did you jump in if you can not swim?

-When you grow up, you will understand.

Alex has done so many good things, he has helped many of my friends ( including myself  ) with many things such as school, sports,chess and many other things
He has never asked for anything in return, Alex just loves everybody and he has never had any enemies or people who have hated him, there is only good to say about him and therefore, i dont feel it fair that so much years cant be taken away from his life for one small mistake.

My trust is on God and i pray to God every single day, i ask Him to give Alex and our family strenght to make it through this. I also believe in you, Your Honor, even though i have never met you i pray that you will see the good things in Alex and not the single bad mistake. I believe in you, Your Honor.

Best wishes
André Yucel

Your Honor,

We, Alex Yucel's father and mother, are writing this letter to express our sadness and misery as parents and how sorry we are about this situation regarding Alex.

Alex family and all his relatives and friends are very depressed over this nightmare situation. We all are still very shocked about this incident and the fact that our beloved son Alex is arrested in another country long from Sweden due to a stupide mistake he was not aware of.
We know deep down that Alex is a very kind, good-hearted and honest person, but at the same time he is also extremely naive, which we deeply regret. However, we are absolutely convinced that he has learned a good lesson from this incident and we assure that this will never ever happen again.

We firmly believe that your Honor is fair and we think that this will shine through in the assessment of Alex case. We hope and pray to God that Alex will come home soon.


Best wishes,

Can Yücel and Rita Yücel

*[signatures]*

Märsta, Sweden 2015-04-15

Your Honor,

My name is Marin Kababa and I am Alex's grandmother.
Describing what Alex means to me is very hard to express especially in a foreign language.
My husband used to repeat a saying stating the following: "A grand child is more precious than a child". When someone's child is in crisis it is very difficult but i didn't realize the real meaning of the saying before Alex ended up in this crisis: it is heartbreaking.

I am 66 years old and don't know much about technology and I barely understand the case. My reality is the sadness that I see in my daughter's eyes for the absence of her son and this as well is breaking my heart.

I have retired so my days aren't full of activities. I go to church every day and light candles and ask God to give us all the strength to survive this crisis and the wisdom to learn our lessons for I believe that God has a meaning in every experience He puts in our ways.
I lost my husband suddenly last year without any sign of illness before, he just died on his bed and my unexpressed fear is that I would pass away without seeing my grandchild again or without seeing my daughter's smile.

I have a strong believe in God and his mercy and my only wish is that would manifest in the outcome of this crisis.

May God bless You and thank You!

Best regards,
Marin Kababa

*marin*

Märsta, Sweden, 2015-04-09

Your Honor,

My name is Caroline Atallah and I am Alex's aunt (his mother's sister). I am hoping to give your Honor an idea about Alex as my nephew and almost a son.

We moved to Sweden in 1992 and we were living at the Yucel's place while waiting for the permit of residence. Alex was then only 2 years full of energy and he became instantly our joy during the two years that we spent at their place. We became extremely attached to our nephews since we watched them grow up closely. Alex was very funny as a child and very active, playing soccer and hockey and getting good at whatever he dedicated himself to.

His absence now has affected us as a family at each holiday and even at sad gatherings like the memory of my dad who passed away last year.
Holidays and birthdays have been extra rough especially that Alex's mother isn't among us either. She finds it extremely sad to be surrounded by everyone which makes his absence more obvious.
She has been suffering of insomnia and anxiety attacks, which is making us feel helpless for not being able to help her.
Our only help has been turning our prayers to God hoping that Alex will be among us in a near future so we all could put this tough period behind us.

Finally, thanks your honor for giving us the opportunity to share our thoughts about this situation.

Best regards,
Caroline Atallah

**GOOGLE TRANSLATE**

I the undersigned Morosan 19/04/1991 Eugenia in Moldova, Chisinau, Alex's girlfriend in Sweden Yucel 11/05/1990.

    I familiarize with the Alex Yucel on 20.07.2011 in Lebanon, I worked there and I knew he was love at first sight. and he went on 08.08.2011 in Swedish but I in Moldova and talking on Skype internet networks, and Alex September came in Republic
Moldova and I spent a week together, then in 2013 came to Moldova in Chisinau and live together in my sister's apratamentul
Anastasia morosan address Isanos 15 AP 39 Magda.
Me and Alex make plans to get married and make a family together.
  In 2014 at the end of scheming to get married and make plans for our future but omains law, and FBI lau lau Arista and extradited
USA
  Alex is a very good yucel has extraordinary behavior is very good, my whole family loves
and it expects to be smoother us.
   Alex Yucel is a person who I want to be near me I veata all love him and will love him all I want to be beside veata I do not where he is now.
  Il look forward to come home and make a family together all this is what I want!
Thank anticipated!

   04/06/2015

                                         Signature: Morosan

**ORIGINAL**

Eu subsemnata Morosan Eugenia 19.04.1991 din Republica Moldova,orasul Chisinau, prietena lui Alex Yucel 11.05.1990 din Sweden.

   Eu am facut cunostinta cu Alex Yucel pe data de 20.07.2011 in Libanon,eu am lucrat acolo si l-am cunoscut pe el si a fost iubire la prima vedere.

si pe data de 08.08.2011 el a plecat in SUedia dar eu in Moldova si vorbeam pe retele de internet Skype,SI in luna septembrie a venit Alex in Republica

Moldova si am stat o saptamina impreuna,apoi in anul 2013 a venit in Republica Moldova si locuiem impreuna in Chisinau in apratamentul lui sora mea

Morosan Anastasia pe adresa Magda Isanos 15 AP 39.

Eu si Alex faceam planuri sa ne casatorim si sa facem o familie impreuna.

  In anul 2014 la sfirsitul anului faceam planuri sa ne casatorim si facem planuri pentru viitorul nostru dar omenii legii,si FBI lau arista si lau extradat

Statele Unite ale Americii

   Alex yucel este o persoana foarte buna are un comportament extraordinar,este foarte cuminte, toata familea mea il iubeste

si il asteapta sa fie lina noi.

   Alex YUcel este o persoana care eu imi doresc sa fie linga mine toata veata il iubesc si il voi iubi toata veata imi doresc sa fie linga

mine nu unde este el acuma.

   Il astept cu nerabdare sa vina acasa si sa facem o famile impreuna tot asta este ce imi doresc!

Multumesc ca am anticipat!

       04.06.2015

                          semnatura:Morosan

Stockholm 11 may 2015

Your Honor,

My name is Elias Kababa and I am Alex's uncle.
I should say instead that Alex is my brother since we're grown up together and we're almost the same age. I've had the privileged to know Alex also as a friend. In my opinion he's the kind of helpful person who's always there when you need him. He is a very good friend and very reliable. Since we were small kids he's helped me best he can in every sort of way you can imagine, we used to play a lot of land hockey. I had a lot of trouble with my technique. Alex on the other hand was really good, although he was the little one he was the one that stayed with me and helped me to get better. Today I'm inspired by his help and I myself am helping others today. I've had a very hard time without him around and hope to see him soon.

Thank you for your time,

Elias Kababa


_____

Elias Kababa, Stockholm 11 may 2015