TRULINCS 71044054 - YUCEL, ALEX - Unit: NYM-I-N

----------------------------------------------------------------------------

FROM: 71044054
TO:
SUBJECT:
DATE: 06/09/2015 08:05:08 PM

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Castel:

I would like to start this letter by first and foremost offering my sincere and most heartfelt apologies to those people who have been affected by my actions. The harm caused by the choices I made is something I will have to carry with me forever.

Ever since my arrest and subsequent incarceration, I have had a lot of time to reflect upon what brought me to this point in my life.
It is my hope that by reading my letter, you will see me for who I am, and not just the man who made some very poor choices at a difficult time in his life. I also hope to provide you with some context whilst making it clear that I am not making excuses justifying my actions, because I alone bare that responsibility.

I was born in 1990 in Stockholm, Sweden. Ever since I was about 5 years old, I dedicated of my life to Ice hockey, which is a very time-consuming and tough sport. At the age of 15, I was playing at elite level and I really loved it.
At the age of 16, I was selected to join the Swedish junior national team, but I quit after a short period as I was not drafted by a NHL team.

I went to college in 2006 to study math and physics for 3 years, and graduated with excellent grades.
In 2009, I entered The Royal Institute of Technology (KTH University) in Stockholm, where I studied computer science for another 3 years. Then I joined the masters program, but quit after a short period.

Truly, your honor, I got my first computer when I was 15 years old, as my parents were very opinionated regarding the use of computers at a young age. I had absolutely no idea how to use a computer properly at that age, but I could master almost anything in that section after about only a year.

At the age of 16, I took the next step and started to study computer programming completely on my own, and spent most of my time studying chess programs to increase my understanding of chess as well.

I worked for SAS (Scandinavian Airline Systems) to operate computers for a short period, but decided to focus on my studies instead.

I met my partner, Eugenia, from Moldova when I was about 20 years old, and I have spent most of the time with her ever since. I used to visit her once a month for about 2 years, and she would visit me in Sweden several times during that period as well. Later on, we extended our visits, which eventually created a relationship.

In late 2013, I went to Moldova to propose at Christmas. I had most things ready for that, but I never got that far due to my arrest on 27th of November.

I have already, ever since the first day of my incarceration, spent my time as proactively as possible. When you are in jail, time becomes something that is done to you with a lot of unstructured time on your hands, making it easy to waste your days away, I have however chosen to take a very different path, and have thrown myself into as many meaningful and purposeful activities with a focus on positive lifestyle enhancement as possible.

For example, I have undertaken several educational programs including, but not limited to, GOGI (Going Out by Going In), several re-entry programs, and I was a Chess coach where I was holding Chess classes for beginners up to masters.

---

One of the hardest things I have had to do is get real with myself about what got me into this mess in the first place.

TRULINCS 71044054 - YUCEL, ALEX - Unit: NYM-I-N

---

Your honor, I am deeply ashamed over this and I really wish I could undo my mistakes.

However, I know that I will take cautions following my release to ensure I never hurt anyone again.
I put myself in this very dramatic situation where my family and friends have to suffer with me.
I am ready to go back to my family and friends to start being thankful to them for the rest of my life.

All I know is that I have learned from my mistakes and I will never be coming back to prison, no matter what.
Nothing in this life is worth losing your liberty over and enduring such a horrendous ordeal.
My only focus moving forward will be getting my life back on track and rebuilding my life with my partner Eugenia, because my dream is to marry her.

I know now what needs to happen to make that a reality, and nothing will deter me from that goal.

When I am released and return home, I hope to be able to use my experience incarcerated to give me an unique perspective of what it is like to live in an institution.

Finally, I am incredibly grateful for the love and support of so many good friends and family whose letter of support your have received.
I can only hope that the specific circumstances of my case incline the court to grant me leniency and allow me the chance to return home at the earliest opportunity so I can start the long process of rebuilding my life.

Respectfully yours,

Alex Yucel